**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| NICHOLAS DROWATZKY, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 6:20-cv-01065-HLT-KGG |
| ADT, LLC, | ) ) | |
| Defendant. | ) ) ) | |

**AGREED ORDER APPROVING COLLECTIVE ACTION SETTLEMENT
AGREEMENT AND RELEASE OF CLAIMS AND DISMISSING ACTION WITH
PREJUDICE**

This cause is before the Court on the Parties Joint Motion for Approval of Collective Action Settlement Agreement and Release of Claims and to Dismiss Action with Prejudice (the "Joint Motion") (D.E. 28). Having reviewed the Joint Motion and exhibits attached thereto, the Court being otherwise fully advised in the premises, the Court finds that the Parties' settlement is fair and equitable to all parties and reflects a reasonable compromise over contested litigation to resolve *bona fide* disputes under the Fair Labor Standards Act ("FLSA"). *Enegren v. KC Lodge Ventures LLC*, No. 17-2285-DDC, 2019 WL 5102177, at *4-5 (D. Kan. Oct. 11, 2019). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

The Joint Motion (D.E. 28) is **GRANTED**.

1.     The Parties' Settlement Agreement is **APPROVED.**

2.     The proposed Notice and Claim Form attached to the Joint Motion are **APPROVED** and shall be mailed to the Class Members as set forth in the Settlement Agreement.

3.     The settlement with the Named Plaintiff is **APPROVED.**

4.     The award of attorneys' fees and costs in the amount of $90,000.00 as set forth in the Settlement Agreement is **APPROVED**.

5.      The appointment of JND Legal Administration to serve as the claims administrator and the payment of the claims administration fee of $6,181.00 paid out pursuant to the Settlement Agreement is **APPROVED**.

6.      This action is **DISMISSED WITH PREJUDICE**.

7.      The clerk is instructed to keep this case open in order to allow the parties to file the Claim Forms.

8.      The Court shall retain jurisdiction over this action to enforce the terms of the Parties' Settlement Agreement and the Named Plaintiff's individual agreement.

9.      All pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**Dated:** **March 2, 2021**                    */s/ Holly L. Teeter*_____
                                                **HOLLY L. TEETER**
                                                **UNITED STATES DISTRICT JUDGE**